UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **EDWARD PATCHCOSKI,** *et al*, : | |
| **Plaintiffs** : | CIVIL ACTION NO. 3:19-1556 |
| v. : | (JUDGE MANNION) |
| **W.L. GORE & ASSOC., INC,** *et al*, : | |
| **Defendants** : | |

**O R D E R**

In accordance with the Memorandum issued this same day, and upon consideration of the defendants' motion to dismiss, **(Doc. 6)**, **IT IS HEREBY ORDERED THAT**:

**(1)** The defendants' motion is **DENIED** with respect to plaintiff Edward Patchcoski's design defect strict liability claim in Count I of the complaint, (Doc. 1-1), and this claim shall **PROCEED**;

**(2)** The defendants' motion is **DENIED** with respect to the plaintiff's manufacture defect strict liability claim in Count I of the complaint, (Doc. 1-1), and this claim shall **PROCEED**;

**(3)** The defendants' motion is **DENIED** with respect to the plaintiff's negligence claim in Count II of the complaint, (Doc. 1-1), and this claim shall **PROCEED**;

**(4)** The defendants' motion is **DENIED** with respect to the loss of consortium claim of plaintiff Susan Patchcoski in Count III of the complaint, (Doc. 1-1), and this claim shall **PROCEED**; and

**(5)** The defendants shall file their answer to all of the claims in the plaintiffs' complaint **within 14 days** of the date of this Order.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 28, 2020**
19-1556-01-ORDER